# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CAROL HOROS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| FEDERAL EXPRESS CORPORATION and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

No. 2:25-cv-2293-SHL-atc

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 13th day of March, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE